636

May Harris et al., appellees, v. Alfred A. Smith, appellant.

Heard in this court at the October term, 1934. Opinion filed June 8, 1935. Rehearing denied September 5, 1935.

Creighton & Thomas, Burgess & O'Neal and Lorenzo K. Wood, for appellant. Charles W. Creighton and Virgil W. Mills, for appellees.

Mr. Justice Stone delivered the opinion of the court.